USDC for the SDNY

JUAN PABLO CHAVEZ
v.
cause yall took my phones
I don't know their names.

IFP

After calculating INCOME v. expenses,

$800 ssi      v.    >$4,000/mth.

plaintiff does not have the means to pay the $400+ filing fees. This is sufficient to grant IFP status.

See 2:18-cv-375 (SJO)(FFM) Document 13

10/15/21