1  USDC for the SDNY
2
3  JUAN PABLO CHAVEZ
4  v.
5  cause yall took my
6  phone(s) I dont know       Complaint
7  their names.
8
9         SO
10
11
12
13
14
15  bit.ly  the keep ny
16
17
18
19
20
21
22
23
24
25
26
27
28  10/15/21                    [signature]

