USDC for the SDNY

JUAN P. CHAVEZ
v.
Cause yall took my phones & dont know their names.

LETTER

Good afternoon Judges,

Its me, Juan, Here, w/ Ancona and his other one.

I am just ... checking in.

Sorry for the new complaint.

10/15/21