UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CARLOS CHAVEZ,

              Plaintiff,

        -against-

CAUSE YALL TOOK MY PHONE I DONT
KNOW THEIR NAMES,

              Defendant.

21-CV-8526 (LTS)

ORDER GRANTING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C.

§ 1915.

SO ORDERED.

Dated:    October 20, 2021
          New York, New York

                        /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                 Chief United States District Judge