UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN PABLO CHAVEZ,<br><br>                              Plaintiff,<br><br>          -against-<br><br>CAUSE YALL TOOK MY PHONE I DON'T KNOW THEIR NAMES,<br><br>                              Defendants. | 21-CV-8526 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 16, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 16, 2021
         New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                        Chief United States District Judge