UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CARLOS CHAVEZ

(List the full name(s) of the plaintiff(s)/petitioner(s).)

21 cv 8526 (LTS)(VEC)

-against-

MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

CAUSE YALL TOOK MY PHONE[S]

(List the full name(s) of the defendant(s)/respondent(s).)

OR NOTICE OF APPEAL
bit.ly/thekeepny

THE KEEP NY

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 11/16/21 (date) but did not file a notice of appeal within the required time period because: PRASS OF CAMBA "TOOK MY BED", FORCED 2-week INVOLUTARY civil commitment @ BROOKDALE; conducted a filthy act w/ the 73rd precinct that destroyed the white work horse violin and involuntary servitude @ VoA Los Angeles.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: 12/16/21

Signature: [signed]

Name (Last, First, MI): Chavez, Juan C

Address: c/o Reason, Logic & Law
City: 151 1st Ave
State: NY
Zip Code: NY 10003

Telephone Number: (202) 643-3LAW
E-mail Address (if available): reasonlogiclaw@gmail.com

Rev. 3/27/15

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2021